# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### JACKSON DIVISION

**WILLIE R. LAY**                                                                                     **PETITIONER**

**VS.**                                                               **CIVIL ACTION NO.: 3:05CV231BN**

**EAST MISSISSIPPI CORRECTIONAL FACILITY**                                            **RESPONDENT**

_____

## JUDGMENT

This matter having come on to be heard on this date upon the Report and Recommendation of the United States Magistrate Judge entered in this cause on or about October 26, 2005, and the Court, having adopted said Report and Recommendation as the finding of this Court by Order dated this day, finds that this cause should be dismissed with prejudice.

IT IS, THEREFORE, ORDERED AND ADJUDGED that the above captioned cause be, and the same is hereby, dismissed with prejudice.

SO ORDERED this the 21st day of November, 2005.

                                            s/William H. Barbour, Jr.
                                            UNITED STATES DISTRICT JUDGE